NEW-YORK, October, 1811.

Trustees of LANSINGBURG v. WILLARD.

*Where the witness declares, on his voire dire, that he is interested in favour of the party calling him, and that interest is so circumstanced that he cannot be released, the witness ought not to be sworn, though, in strictness, he is not interested; but if his supposed interest is against the party calling him, he ought to be admitted.*

The Trustees of LANSINGBURG *against* WILLARD.

IN error, on *certiorari*, from a justice's court.

The plaintiffs in error brought an action, before the justice, against the defendant, to recover certain penalties incurred by violating a by-law of the village of *Lansingburg*, in releasing and rescuing certain geese from the pound, and from persons driving them to pound.

The defendant pleaded not guilty, and there was a trial by jury.

*Reuben Willard* was called as a witness by the plaintiffs, and being challenged, on his *voire dire*, answered, that he was interested in the event of the cause; and, to explain how he was interested, said, that a long time before this suit, he had agreed with his brother, the defendant, to support their mother, should she ever come to want: that the *geese* released belonged to her, from which circumstance, he considered himself interested in the event of the suit.

The plaintiffs urged that he might be sworn, on the ground that he was interested against them, if at all. But the justice rejected the witness; and the jury found a verdict for the defendant, on which the justice gave judgment.

*Per Curiam.* There existed no possible interest in this case. It was merely ideal, if not an artifice to avoid giving evidence. The supposed interest was against the party insisting on the examination of the witness.

*Peake* (156.) seems to think that an interest existing merely in the imagination of a witness, is not sufficient to reject him. But there are several cases (1 *Str.* 129. 12 *Vin.* 11. pl. 28.) in which it has been held, that if a witness apprehends himself to be interested, though *stricto jure* he is not, he cannot be sworn.

6

To prevent fraud and trick, the following appears to be a salutary distinction. If a witness be called, and declares himself interested on the side of the party who calls him, and his interest be so circumstanced, that he cannot be released by the party calling him, in such case he ought not to be sworn, though in strictness he is not interested; but if his ideal interest be against the party calling him, and will run the risk of the bias on the mind of the witness, then he ought to be sworn.

We are at liberty to establish this rule without innovating on the law. The witness, in the present case, ought to have been admitted, and the judgment, on that ground, is reversed.

<div style="text-align:right">Judgment reversed.</div>